# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

No. 1D18-2651

————————————————

CHARLES EDWARD STARLING,

Appellant,

v.

SONYA GALLAGHER STARLING,

Appellee.

————————————————

On appeal from the Circuit Court for Suwannee County.
David W. Fina, Judge.

February 12, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and RAY and WINOKUR, JJ., concur.

————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

————————————————

Lucas J. Taylor of Sellers, Taylor & Morrison, P.A., Live Oak, for Appellant.

Robert A. Sandow, Lake City, for Appellee.